NUMBER 13-04-088-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_________________________________________________________
 
ANGELA BIRMINGHAM, 
                                                                                     Appellant,

v.

LYNCH COMPANY, INC. AND 
CARARRA MARBLE, L.L.C., 
                                                                                     Appellees.
________________________________________________________

On appeal from the 319th District Court
of Nueces County, Texas.
_________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Opinion Per Curiam

         Appellant, ANGELA BIRMINGHAM, perfected an appeal from an order entered
by the 319th District Court of Nueces County, Texas, in cause number 03-07265-G. 
After the notice of appeal was filed, appellant filed a motion to dismiss the appeal. In
the motion, appellant states that the trial court vacated its earlier preliminary injunction
order; thus there is nothing left for this Court to decide regarding the vacated
injunction order. Appellant requests that this Court dismiss the appeal.
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant’s
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Opinion delivered and filed this
the 25th day of March, 2004.